AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Karen Ocasio Cabrera, Esq. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| SBSMN, LLC aka Sánchez Betances, Sifre, Muñoz Noy | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karen Ocasio Cabrera, Esq.                                                                          .

Date:      01/22/2026

s/ Enrique J. Mendoza Méndez
*Attorney's signature*

Enrique J. Mendoza Méndez - 202804
*Printed name and bar number*
PO Box 9282
San Juan, PR 00908-0282

*Address*

mendozalo@yahoo.com
*E-mail address*

(787) 722-5522
*Telephone number*

(787) 723-7057
*FAX number*